**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**IN RE:**  CASE NO.: 24-42711-MXM-13

**JEFFREY WAYNE MARSHALL**
6308 SUNDANCE CIR EAST
JOSHUA, TX 76058
SSN/TIN: XXX-XX-1419

**DEBTOR**

## REPORT OF SECTION 341 MEETING

**Meeting Information:**   Meeting Date: September 10, 2024
   Original Date: September 10, 2024

**341 Meeting:**   **CONCLUDED**

By:   /s/ Ethan Cartwright
      Ethan Cartwright
      Presiding Officer