

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 6, 2025**

_____
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**In re:**

**Jeffrey Wayne Marshall**
6308 Sundance Cir East
Joshua, TX 76058
SSN: xxx-xx-1419

**Debtor**

Case No. 24-42711-mxm

Chapter 13

### ORDER GRANTING MOTION AND DISMISSING CHAPTER 13 CASE

Came on for consideration the Debtor's Notice and Motion to Dismiss Chapter 13 Case filed on December 20, 2024. The Court is of the opinion that the Chapter 13 Case should be dismissed based on the grounds outlined in the Motion.

IT IS THEREFORE ORDERED that the case is hereby DISMISSED without prejudice.

IT IS FURTHER ORDERED that the debts due and owing creditors as of this date are NOT DISCHARGED or otherwise affected by this Order.

### End of Order ###

Submitted by:

Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor